IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **TERRYETT O. WOODS,**<br><br>            **Plaintiff,**<br>vs.<br><br>**MICROSOFT et al.,**<br><br>            **Defendants.** | **ORDER**<br><br>Case No.  2:08CV402 DAK |

This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate David Nuffer under 28 U.S.C. § 636(b)(1)(B).  On June 23, 2008, the Magistrate Judge issued a Report and Recommendation, recommending that the court dismiss Plaintiff's Complaint because it fails to state a claim upon which relief may be granted.

On July 11, 2008, the Report and Recommendation sent to Plaintiff was returned to the court as "unclaimed/unable to forward."  Plaintiff has not provided any other address to the court. After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation in its entirety.  Accordingly, Plaintiff's action is DISMISSED without prejudice.   This case is now closed.

DATED this 11th day of July, 2008.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge